```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 20540
   TANYA R HARRIS LOPEZ
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-1809
```

---
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   The case was filed on 11/02/2007 and was confirmed 01/31/2008.

   The plan was confirmed to pay secured creditors 100% and unsecured creditors an estimated 100.00% from remaining funds.

   The case was paid in full 01/08/2009.

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO BANK NA | SECURED NOT I | .00 | .00 | .00 |
| ALLSTATE INSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| CHRIST MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 2376.15 | .00 | 2376.15 |
| ELMHURST MEMORIAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| JAMES MARZANO | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| OAK LAWN POLICE DEPT | UNSECURED | NOT FILED | .00 | .00 |
| SIR FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| ST PAUL | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO BANK NA | FILED LATE | 20515.63 | .00 | .00 |
| BURNS & WINCEK LTD | DEBTOR ATTY | 3,000.00 |  | 3,000.00 |
| TOM VAUGHN | TRUSTEE |  |  | 458.84 |
| DEBTOR REFUND | REFUND |  |  | 383.01 |

   Summary of Receipts and Disbursements:

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 6,218.00 |  |
| PRIORITY |  | .00 |
| SECURED |  | .00 |
| UNSECURED |  | 2,376.15 |
| ADMINISTRATIVE |  | 3,000.00 |
| TRUSTEE COMPENSATION |  | 458.84 |
| DEBTOR REFUND |  | 383.01 |
| TOTALS | 6,218.00 | 6,218.00 |

                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 20540 TANYA R HARRIS LOPEZ

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE